01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,    **)**
                                 **)**   CASE NO. MJ23-566
09        Plaintiff,           **)**
                                 **)**
10        v.               **)**
                                 **)**   DETENTION ORDER
11   GEORGE RAMIREZ         **)**
                                 **)**
12        Defendant.        **)**
   _____ **)**

13
14

<u>Offense charged</u>:     Illegal Transportation of an Alien, Private Financial Gain

15
<u>Date of Detention Hearing</u>:   November 27, 2023
16

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18
that no condition or combination of conditions which defendant can meet will reasonably assure
19
the appearance of defendant as required and the safety of other persons and the community.
20

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>
21
       1.     Defendant is charged with the illegal transportation of two individuals across the
22

DETENTION ORDER
PAGE -1

01  U.S./Canada border into the United States.   His criminal record includes a previous charge in

02  this Court for alien smuggling.   Defendant's criminal record also includes multiples instances

03  of failure to report for hearing, failure to report for trial, failure to report for supervision, failure

04  to comply with conditions of supervision, and new offenses while on supervision. There are

05  active warrants relating to failures to appear for court hearings.   Defendant has been

06  unemployed for several years.  Although he reported currently living with his girlfriend and

07  her mother, the girlfriend confirmed that the defendant had not yet moved in.   While the

08  girlfriend indicated that it was acceptable for Mr. Ramirez to reside in the home, Pretrial

09  Services was not able to contact the mother in time to confirm her agreement that Mr. Ramirez

10  could live with them.   Accordingly, defendant has not yet presented a verified release plan.

11  2.   Defendant poses a risk of nonappearance based on pending charges with active

12  warrants, a history of failure to appear, criminal activity and other noncompliance while on

13  supervision, an unstable and not fully verified living situation, substance abuse and mental

14  health history, and lack of employment.   Defendant poses a risk of danger based on a pattern

15  of similar criminal history, criminal activity and other noncompliance while on supervision,

16  and substance abuse history.

17      3.   There does not appear to be any condition or combination of conditions that will

18  reasonably assure the defendant's appearance at future Court hearings while addressing the

19  danger to other persons or the community.   However, if Defendant is able to put together a

20  verified release plan, he may ask the Court to revisit the question of detention.

21  It is therefore ORDERED:

22  1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

01 General for confinement in a correction facility;

02 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

03 3. On order of the United States or on request of an attorney for the Government, the person

04 in charge of the corrections facility in which defendant is confined shall deliver the

05 defendant to a United States Marshal for the purpose of an appearance in connection with a

06 court proceeding; and

07 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

08 the defendant, to the United States Marshal, and to the United State Probation Services

09 Officer.

10 DATED this 27th of November, 2023.

11

12 Mary Alice Theiler
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3